August Egerer, Appellant, v. Manufacturers National Bank of Brooklyn and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

Columbia Machine and Stopper Corporation, Appellant, v. H. Koehler & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

Robert Fitzsimmons, Appellant, v. The New York State Athletic Com mission and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke Scott, Dowling and Hotchkiss, JJ.

The Master Amusement Company, Incorporated, Respondent, v. The Master Mind Production Company, Incorporated, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Melville D. Chapman, Respondent, v. C. Franklyn Nugent, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mildred Paterno, Respondent, v. Francis S. Paterno, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Dowling, JJ., dissented, and voted to reduce alimony to twenty dollars a week.